# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:18-CR-00124</u>    Recorder: <u>CS 03/23/2018</u>    Date: <u>03/23/2018</u>

Present: The Honorable <u>Patrick J. Walsh</u>, U.S. Magistrate Judge

Court Clerk: <u>Isabel Martinez</u>    Assistant U.S. Attorney: <u>Mark Aveis and Eddie Jauregui</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| PHILIP JAMES LAYFIELD, aka Philip Samuel Pesin      CUSTODY-PRESENT | NADINE HETTLE      DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 5/15/2018 at 8:30 AM
    Status Conference 4/9/2018 at 3:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 15</u>
Initials of Deputy Clerk: <u>IM by TRB</u>

cc: Statistics Clerk, PSALA USMLA