UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 18-124-MWF**                                                    Dated: April 25, 2018
=================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Myra Ponce | Eddie A. Jauregui |
| Courtroom Deputy | Court Reporter | Mark Aveis |
| | | Asst. U.S. Attorneys |

=================================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

1.   Philip James Layfiend                   1.   DFPD Nadine Hettle
     Present - In Custody                         DFPD Jill Ginstling
                                                  Present - Appointed

_____

**PROCEEDINGS:**      STATUS CONFERENCE RE DEFENDANT'S REQUEST
                      FOR SELF-REPRESENTATION

   Case called and appearances are made.  The Status Conference is held.

   The Court holds an in camera session with the defendant and his counsel.  The Court excuses the government from the courtroom and orders the courtroom and this portion of the transcript sealed.

   The Court reopens the proceeding and invites the government to return to the courtroom. The transcript is ordered unsealed for the remainder of this hearing.

   The Court, counsel, and defendant discuss the defendant's request to represent himself. The Court informs the defendant of his rights and advises the defendant of the difference between advisory counsel and standby counsel.  The Court finds that the defendant knowingly, intelligently, and voluntary waives his right to counsel.  The defendant requests

that in addition to representing himself, the Court appoint standby counsel.  The Court GRANTS the defendant's request to represent himself and his request for standby counsel.  The Federal Public Defender's Office is relieved as counsel of record.  The Court directs the CJA Supervising Attorney, who is present in the courtroom, to find standby counsel for the defendant. The defendant's further request for an investigator is granted.

The trial is continued from May 15, 2018 to May 29, 2018 at 8:30 a.m.  A Status Conference is set for May 2, 2018 at 11:00 a.m.

IT IS SO ORDERED.

cc: CJA Office
U.S. Marshall Service