UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 18-124-MWF**                                        Dated: May 2, 2018
=================================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Lisa Gonzalez | Eddie A. Jauregui |
| Courtroom Deputy | Court Reporter | Mark Aveis |
| | | Asst. U.S. Attorneys |

=================================================================================
U.S.A. vs (Dfts listed below)                 Attorneys for Defendants

1.   Philip James Layfiend                1.   Anthony M. Solis
     Present - In Custody                      Present - Appointed

_____

**PROCEEDINGS:**       STATUS CONFERENCE; APPOINTMENT OF CJA
                       COUNSEL, ANTHONY M. SOLIS, AS COUNSEL OF
                       RECORD

   Case called and appearances are made.  Also present is Eliezer Ben-Shmuel, from the Metropolitan Detention Center - Los Angeles.  The Status Conference is held.  The Court hears from Mr. Ben-Shmuel, counsel, and the defendant.

   The Court grants the defendant's request for a standing order to be unshackled (hands and feet) while exiting the lock-up area and into the courtroom.

   For reasons stated on the record, the Court ORDERS that Philip James Layfield is no longer in pro per status.  IT IS FURTHER ORDERED THAT Anthony M. Solis of the Federal Indigent Panel is appointed as counsel for defendant under the Criminal Justice Act  The Court appoints Anthony M. Solis as counsel of record, nunc pro tunc to April 26, 2018.

MINUTES FORM 6                                            Initials of Deputy Clerk  _rs_
CRIM -- GEN                                                               ___:50__

  The Jury Trial remains set for May 29, 2018. Counsel anticipate filing a stipulation to continue that date.  The Court invites counsel to confer with one another regarding any upcoming hearing/motion dates and briefing schedules rather than filing ex parte applications, which could delay things.

  IT IS SO ORDERED.

cc: CJA Office
  U.S. Marshal Service