UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 18-124-MWF**                                              Dated: May 17, 2018
================================================================
PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Mark Aveis |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1.   Philip James Layfiend                   1.   Anthony M. Solis
     Present - In Custody                         Present - Appointed

_____

**PROCEEDINGS:**          **STATUS CONFERENCE**

   Case called and appearances are made. The Status Conference is held.

   The Court hears from counsel regarding the status of the case and trial. For reasons stated on the record, counsel inform the Court that a stipulation to continue the trial date of May 29, 2018 will be filed.

   IT IS SO ORDERED.

MINUTES FORM 6                                          Initials of Deputy Clerk  rs
CRIM -- GEN                                                              ___:20___