UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED**
**CRIMINAL MINUTES -- GENERAL**

Case No.    **CR 18-124-MWF**                                    Dated: May 17, 2018
===============================================================================
PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Mark Aveis |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

1.   Philip James Layfiend                    1.   Anthony M. Solis
     Present - In Custody                          Present - Appointed

---

**PROCEEDINGS:**        **STATUS CONFERENCE**

Case called and appearances are made.  The Status Conference is held.

The Court hears from counsel regarding the status of the case and trial. For reasons stated on the record, the Court directs the government to lodge proposed findings and conclusions to support the entry of a continuance of the trial over defendant's objection.

IT IS SO ORDERED.