UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 18-124-MWF**                                              Dated: June 6, 2018
=================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Katie Thibodeaux | Mark Aveis |
|---|---|---|
| Courtroom Deputy | Court Reporter | Eddie A. Jauregui |
| | | Asst. U.S. Attorneys |

=================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1.   Philip James Layfiend                  1.   Anthony M. Solis
     Present - In Custody                        Present - Appointed

---

**PROCEEDINGS:**        **BAIL REVIEW [EVIDENTIARY]**

 Case called and appearances are made.  The Bail Review hearing is held.

 The Court hears argument from counsel regarding bail.  The government introduces 3 exhibits to the Court.  The Court marks these identified exhibits as 1, 2, and 3.

 For reasons stated on the record, the Court continues the bail review hearing to June 18, 2018 at 1:30 p.m.  Counsel and defendant are ordered to return on that date and time.

 IT IS SO ORDERED.