UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 18-124-MWF**                                                    Dated: June 18, 2018
==============================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Mark Aveis |
| --- | --- | --- |
| Courtroom Deputy | Court Reporter | Eddie A. Jauregui |
|  |  | Asst. U.S. Attorneys |

==============================================================================
U.S.A. vs (Dfts listed below)                             Attorneys for Defendants

1.    Philip James Layfiend                        1.    Anthony M. Solis
      Present - In Custody                                Present - Appointed

_____

**PROCEEDINGS:**     **BAIL REVIEW**

   Case called and appearances are made. Also present is Pretrial Services Officer, Miguel Salinas.  The Bail Review hearing is held.

   The Court hears argument from counsel regarding bail.

   For reasons stated on the record, the Court orders counsel to meet and confer with respect to the conditions of bond.  The Court orders counsel to file a stipulation following the meet and confer.

   IT IS SO ORDERED.