Anthony M. Solis, SBN 198580
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
213-489-5880 - Phone
213-489-5923 - Fax
Anthonysolislaw@gmail.com

Attorney for Defendant
Philip Layfield

United States District Court

Central District of California

Western Division

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Philip Layfield,<br><br>　　　　　Defendant. | Case No.: 18-cr-00124-MWF<br><br>*EMERGENCY*<br>Ex Parte Application for an Order Permitting Occupational Education |

　　　Defendant Philip Layfield, by and through his attorney of record, Anthony M. Solis, applies to this court, ex parte, for an order authorizing occupational education. This is done on an **emergency** basis because the proposed course starts on August 27, 2018.

Dated: August 17, 2018　　　　　Anthony M. Solis,
　　　　　　　　　　　　　　　A Professional Law Corporation

　　　　　　　　　　　　　　　*Anthony M. Solis /s/*
　　　　　　　　　　　　　　　By: Anthony M. Solis
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　Philip Layfield

---

**Ex Parte Application for an Order Permitting Occupational Education**

1

**Declaration of Anthony M. Solis**

Anthony M. Solis declares:

1. I am an attorney at law licensed to practice before this Court. I represent the defendant in this matter, Philip Layfield.

2. On or about July 26, 2018, the Court issued the Second Amended Order and Terms re Defendant Philip James Layfield's Release on Bond. Dkt. 65. That order required that: 2(g) The defendant shall maintain or actively seek employment and provide proof to PSA [Pretrial Services Agency]; all employment must be approved by PSA and the Court. Defendant shall not engage in any employment where he acts or is called upon to act as a fiduciary for the funds of another person or entity, including attorney-client trust accounts.

3. I am informed and believe and on that basis allege that Mr. Layfield seeks to engage in the practice of law as gainful employment, however, since that endeavor will take a significant amount of time to become profitable, he seeks to obtain a commercial driver's license (CDL) to drive as a commercial truck driver. At present, Mr. Layfield does not have any job prospects as a commerical truck driver, however, he cannot seek such employment unless he has the proper licensure. Once that is obtained, he can seek such employment and seek further approval from Pretrial and the Court for the proposed employment.

4. The authorization he seeks is to attend a CDL course at Delaware Technical College, Georgetown Campus. The school is approximately 15 minutes from Mr. Layfield's current residence. The course lasts for seven (7) weeks and virtually guarantees employment upon completion. The class hours are: Monday through Friday, from 8:30 a.m. to 4:30 p.m. and Monday through Thursday, 5:30 p.m. to 8:30 p.m.  The class begins August 27, 2018. The Course will not be offered again until January 2019.

5. Mr. Layfield has obtained authorization from his Pretrial Services Officer, Amie Docherty (302-677-0633) to register for the class. Mr. Layfield has already

registered for the class, but has been told that he needs court authorization to attend the class and to thereafter obtain employment.

     6. On August 16, 2018, I contacted AUSA Mark Aveis. Mr. Aveis informs me the government objects.

     7. Based on the foregoing, it is respectfully requested that the Court issue an order authorizing Mr. Layfield to attend the above-referenced occupational education course.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

     Executed this 17th day of August, 2018 at Calabasas, California.

*Anthony M. Solis /s/*
Anthony M. Solis

---

**Ex Parte Application for an Order Permitting Occupational Education**

3