Anthony M. Solis, SBN 198580
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
213-489-5880 - Phone
213-489-5923 - Fax
anthonysolislaw@gmail.com

Attorney for Defendant
Philip Layfield

United States District Court

Central District of California

Western Division

| United States of America, | ) | Case No.: 18-cr-00124-MWF |
|---|---|---|
| | ) | |
| | ) | ***Time Sensitive*** |
| Plaintiff, | ) | Application to Authorize Employment; Declaration of Anthony M. Solis in Support; Attachment |
| | ) | |
| v. | ) | |
| | ) | |
| Philip Layfield, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk of the above-entitled court and all interested parties:

Defendant Philip Layfield applies to this Court for an order authorizing employment further to the conditions of his bond.

Specifically, Mr. Layfield requests a modification of his bond to permit employment as set forth below. This application is based upon the attached application and Declaration of Anthony M. Solis.

Dated: October 15, 2018                Anthony M. Solis,
                                                          A Professional Law Corporation


                                                          *Anthony M. Solis /s/*
                                                          By: Anthony M. Solis
                                                          Attorney for Defendant
                                                          Philip Layfield

---

**Application to Authorize Employment**

## Application to Authorize Employment

As the Court is aware, the client's release conditions permit him to work subject to the approval of Pretrial Services and the Court.

Mr. Layfield has recently completed a 7-week educational course to be a truck driver. He has been recruited by Schneider, a national trucking company. In order to secure employment with Schneider, Mr. Layfield requires authorization to attend a 3-week training program at Schneider's training center in Carlisle, Pennsylvania (approximately 160 miles away from Mr. Layfield's home). The training is seven (7) days per week for 21 days and Mr. Layfield will be housed on or near the training site. He requires permission to travel there by car.

Following the training, Mr. Layfield will be hired by Schneider as a "jet set" driver. Mr. Layfield will work for three straight weeks and then be home for one week. He will be working a dedicated account for Walmart out of their Wintersville, Ohio distribution center. Schneider will pay for Mr. Layfield to fly from Salisbury, Maryland to Pittsburgh, Pennsylvania and home every three weeks. He will be picked up by a company representative at the airport and driven to Wintersville to pick up the truck. The position requires travel of only 300 miles on any given day from the distribution center. His position requires him to pick up trailers in Wintersville and bring them to various Walmart stores in a 3 city triangle: Cleveland, Columbus and Pittsburgh. See attached job announcement, which set forth the details.

As a driver, he is constantly in contact with his dispatcher and on a GPS and Electronic Log Book during the entire 3-week trip. He will only handle consumer good and only do what is commonly referred to as "drop and hook" which means that he is not handling, nor does he have access to the cargo, he merely drives a cargo trailer to a location, drops off the entire trailer and hooks up another.

Mr. Layfield has been out of work since February 2018 and his family has had no income since that time. He needs to be able to work in order to support his

1  family. His work is not in the legal field at all and he will not be a fiduciary of any

2  funds of another person or entity, as proscribed by the bond in this matter. See Dkt.

3  #58, ¶2(g).

4  **Conclusion**

5  For the foregoing reasons, it is respectfully requested that the Court enter an

6  order permitting the foregoing employment in conjunction with Pretrial Services.

7

8  Dated: October 15, 2018                    Anthony M. Solis,
                                              A Professional Law Corporation
9

10                                            *Anthony M. Solis /s/*
11                                            By: Anthony M. Solis
                                              Attorney for Defendant
12                                            Philip Layfield

**Declaration of Anthony M. Solis**

Anthony M. Solis declares as follows:

1.      I am an attorney at law licensed to practice in this district. I represent the defendant, Philip Layfield, in this matter.

2.      On or about October 11 and 15, 2018, I communicated with U.S. Pretrial Services officer Amie Docherty (302-462-0173). Ms. Docherty explained to me that for the entire period of time that Mr. Layfield has been under her supervision, (since his release in early August, 2018), he has been fully compliant with all the terms and conditions of his bond. In fact, Ms. Docherty informed me that she would recommend that the home confinement and GPS/location monitoring condition be removed from his release conditions. However, in light of the fact that Mr. Layfield endeavors to obtain a truck driving position which will take him out of the area of his residence, Pretrial Services supports his employment as a truck driver, but, since the position would take him out of the Delaware area, the support is contingent on the location monitoring remaining in place.

3.      For the foregoing reasons, it is respectfully requested that the Court enter an order authorizing the employment as set forth in the attached application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of October, 2018, at Calabasas, California.


                    _Anthony M. Solis_____
                    Anthony M. Solis