

Jobs Home (/) > Search Driving Opportunities (https://schneiderjobs.com/search-driving-opportunities/details/171622)

# Jet-Set Dedicated Truck Driver - Walmart
## Up to $10,000 Sign-on Bonus | Paid Flights

Home Time: **Every three weeks**
Experience: **All CDL holders**
Requisition ID: **171622**

Jet-Set Dedicated truck drivers get a paid flight from their home location to haul freight, then get a paid flight back for home time. Drive for 3 weeks, then spend 5 days at home (travel days home and back not counted in days off) — no relocation required. Earn up to $75,000 per year as you haul no-touch, multi-stop loads for the world's largest retailer, Walmart, and travel within 200 miles of Wintersville, OH in this CDL driving position. By pulling freight for one customer, you'll enjoy consistent freight, miles and paychecks.

Start your trucking career today with one of the industry's most unique configurations, while enjoying continued advancement opportunities, a small-company feel and large-company benefits.

**Eligible CDL Truck Driver Applicants:** All Class A CDL Holders

**Jet-Set Dedicated Truck Driver Pay**
- Up to $75,000 per year*
- $10,000 sign-on bonus for experienced drivers
- $7,500 sign-on bonus for inexperienced drivers
- Up to $0.03 per mile quarterly performance bonus
- Potential accessorial pay for detention, layover, hand load/unload

   *Based on CDL driver experience, performance and location

**Jet-Set Dedicated Truck Driver Benefits**
- Medical, dental and vision insurance, plus flexible spending options
- 401(k) savings plan with company match
- Paid orientation and time off
- Up to $7,000 tuition reimbursement (paid at $200/month) for qualified drivers
- Paid 3-day refresher course option for drivers restarting a driving career
- Credit for Military Experience and Military Apprenticeship programs, plus more military benefits (https://schneiderjobs.com/company-drivers/military)
- Many more — see full list of benefits (https://schneiderjobs.com/company-drivers/benefits)

**Jet-Set Dedicated Truck Driver Qualifications**
- Valid Class A Commercial Driver's License (CDL)
- Must be willing to fly

Apply Now (/company-drivers/application/apply?job=171622&section=2)

More Reasons Drivers Support This Opportunity
- Adventure — enjoy variety every day with different freight, customers and locations



- Industry-leading, year-round nationwide freight base
- Mobile apps to increase driver productivity, locate equipment, expedite access and more
- Nationwide facility network, many locations offering free showers, laundry, WiFi, exercise equipment, TV lounges, cafeterias and more

**Why Schneider?**

Schneider has been an industry leader since 1935 because we understand one simple, profound truth: It's all about people. The best combination of freight, money, equipment and home time is a byproduct of respecting each and every individual. You'll be treated right from the moment you apply.

> "I'm not a number at Schneider. I'm a person. When you have people that ask how you are or wish you a happy birthday or a happy anniversary, that means a lot."
> — Bill, Schneider driver

Join one of the top trucking companies. Call 800-447-7433 for more information about becoming a Jet-Set truck driver with Schneider!

Schneider uses E-Verify to confirm the employment eligibility of all newly hired associates. To learn more about E-Verify, including your rights and responsibilities, please visit www.dhs.gov/E-Verify (http://www.dhs.gov/E-Verify).

**‹ Back to Search Results (/search-driving-opportunities)**



**Call Us**
800-44-PRIDE (tel:18004477433)

**Text "Chat" to**
28000 (sms:28000)

**Email & Text Alerts**
We'll send job openings to you. It's really that easy.

**Sign Up for Alerts**

**Apply Now (/company-drivers/application/apply?job=171622&section=2)**

**FIND TRUCK DRIVING JOBS**

[ ZIP / Postal Code ]   **Search**


LIVE CHAT

### Call Driver Recruiting

### 800-44-PRIDE (tel:18004477433)

Text "Chat" to 28000 (sms:28000)

to chat with a driver recruiter

## CONNECT WITH US

### Company Drivers

(https://www.facebook.com/jobsatschneider)    (https://twitter.com/schneiderjobs)

(http://www.youtube.com/schneiderjobs)

(https://plus.google.com/b/118324550970720439718/118324550970720439718/posts)

(http://instagram.com/schneiderjobs)    (http://www.linkedin.com/company/165873?trk=tyah)

### Office, Warehouse, Mechanics

(https://www.facebook.com/SchneiderNationalCareers)    (https://twitter.com/schneidercareer)

(http://www.youtube.com/schneiderjobs)

(https://plus.google.com/b/118324550970720439718/118324550970720439718/posts)

(http://instagram.com/schneiderjobs)    (http://www.linkedin.com/company/165873?trk=tyah)

(https://www.pinterest.com/schneidercareers/)    (https://www.snapchat.com/add/schneidercareer)

## ABOUT SCHNEIDER

Our Story (/about-us/our-story)

Our Culture (/about-us/culture)

Slice of Orange Blog (/blog)

Agency Login (https://ebs1.schneider.com/OA_HTML/RF.jsp?function_id=28910&resp_id=-1&resp_appl_id=-1&security

We are an Equal Opportunity Employer.

## Apply Now (/company-drivers/application/apply?job=171622&section=2)

© Copyright 2018 Schneider. All rights reserved. Legal (/policy/legal/) Privacy Policy (/policy/privacy/)



Case 2:18-cr-00124-MWF   Document 96-1   Filed 10/16/18   Page 4 of 4   Page ID #:602

**SCHNEIDER OWNER-OPERATORS (HTTPS://SCHNEIDEROWNEROPERATORS.COM)**

**SCHNEIDER CARRIERS (HTTPS://SCHNEIDERCARRIERS.COM/)**

**SFI TRUCKS AND FINANCING (HTTPS://SFITRUCKS.COM)**

**SCHNEIDER (HTTPS://SCHNEIDER.COM)**

Apply Now (/company-drivers/application/apply?job=171622&section=2)



LIVE CHAT