Anthony M. Solis, SBN 198580
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
213-489-5880 - Phone
213-489-5923 - Fax
anthonysolislaw@gmail.com

Attorney for Defendant
Philip Layfield

United States District Court

Central District of California

Western Division

| | |
|---|---|
| United States of America, | Case No.: 18-cr-00124-MWF |
| Plaintiff, | Order Authorizing Employment |
| v. | |
| Philip Layfield, | |
| Defendant. | |

Good cause shown by the application therefor, it is ordered that:

Defendant Philip Layfield is permitted to work for Schneider trucking company.

Travel is permitted as authorized by Pretrial Services in conjunction with the defendant's employment.

Dated: October 16, 2018

Hon. Michael W. Fitzgerald
United States District Judge

cc: PSA

**Order Authorizing Employment**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28