# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: SA CR 18-124-MWF
Defendant Number: 1
U.S.A. v. Philip James Layfield
Year of Birth: 1973
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): HSI/FBI/IRS-CI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
- [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: up to Nov 2017

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [✓] Los Angeles       [ ] Ventura
- [✓] Orange            [ ] Santa Barbara
- [ ] Riverside         [ ] San Luis Obispo
- [ ] San Bernardino    [ ] Other

Citation of Offense: 18 U.S.C. Secs. 1343, 1341, 1028A, 26 U.S.C. Secs. 7201, 7202, 7203

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES  Case Number  N/A

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 2/23/2018
Case Number: SA MJ 18-70
Charging: mail fraud, 18 U.S.C. Sec. 1341

The complaint: [✓] is still pending
[ ] was dismissed on: N/A

### PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name: N/A
Phone Number: N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the 1st superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: 3/9/18
Case Number: CR 18-124-MWF
The superseded case:
[✓] is still pending before Judge/Magistrate Judge
Hon. M.W. Fitzgerald
[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [ ] YES   [✓] NO
IF YES, list language and/or dialect:
N/A

### OTHER

- [✓] Male   [ ] Female
- [✓] U.S. Citizen   [ ] Alien

Alias Name(s): Philip Samuel Pesin

This defendant is charged in: [✓] All counts
- [ ] Only counts: N/A
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes   [✓] No
IF YES, should matter be sealed?  [ ] Yes   [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] Other
- [ ] public corruption
- [✓] tax offenses
- [✓] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

### CUSTODY STATUS

Defendant is **not** in custody:
a. Date and time of arrest on complaint: February 24, 2018
b. Posted bond at complaint level on: appx 6/2018
   in the amount of $ 450,000
c. PSA supervision?  [✓] Yes   [ ] No
d. Is on bail or release from another district: N/A

Defendant is **in** custody:
a. Place of incarceration:  [ ] State   [✓] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: N/A
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:  [ ] Yes   [✓] No
   IF YES:  [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes   [✓] No
   IF YES:  [ ] State   [ ] Federal   AND
   Name of Court: N/A
Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20  ___ 21  ___ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date: 11/15/2018

Signature of Assistant U.S. Attorney
Mark Aveis
Print Name