Anthony M. Solis, SBN 198580
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
213-489-5880 - Phone
anthonysolislaw@gmail.com

Steven Brody, SBN 271616
Law Offices of Steven Brody
350 S. Figueroa St., Suite 975
Los Angeles, CA 90071
213-290-5294
stevebrodylaw@gmail.com

Attorneys for Defendant
Philip Layfield

United States District Court

Central District of California

Western Division

| United States of America, | ) Case No.: 18-cr-124-MWF |
|---|---|
| Plaintiff, | ) **Unopposed** |
| v. | ) Ex Parte Application for an Order Shortening Time to Hearing Defendant's Rule 15 Motion |
| Philip Layfield, | ) |
| Defendant. | ) |

 COMES NOW the defendant, Philip Layfield, and applies to this Court, *ex parte,* for an order shortening time to hear the defendant's Motion for an Order for a Foreign Deposition (Rule 15). This application is based on the attached Declaration of Anthony M. Solis.

///

///

---

*Ex Parte* **Application for an Order Shortening Time to Hear Motion**

| | | |
|---|---|---|
| Dated: May 4, 2021 | | Anthony M. Solis,<br>A Professional Law Corporation |
| | | *Anthony M. Solis /s/*<br>By: Anthony M. Solis<br>Attorney for Defendant<br>Philip Layfield |
| Dated: May 4, 2021 | | Law Offices of Steven A. Brody |
| | | *Steven A. Brody /s/*<br>By: Steven A. Brody<br>Attorney for Defendant<br>Philip Layfield |

## Declaration of Anthony M. Solis

Anthony M. Solis declares as follows:

1. Along with Steven Brody, I represent the defendant, Philip Layfield, in this matter.

2. Filed contemporaneously with this application is a motion for an order to take a foreign deposition of Denise Varela, a percipient witness for the defense. Because foreign depositions–and the request for international judicial assistance–logistically take a long time, the defense requests that the Court hear its motion on shortened notice.

3. Over the past week, the defense sought a stipulation to take the foreign deposition, which was declined by the government, however, the government did agree on shortened notice to hear the motion. The requested hearing date is May 17, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of May, 2021 at Calabasas, California.

*Anthony M. Solis* /s/
Anthony M. Solis