UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 18-124-MWF**                                  Dated: July 19, 2021
==========================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Mark Aveis |
|---|---|---|
| Courtroom Deputy | Court Reporter | Ian Y. Yanniello |
| | | Carolyn Small |
| | | Asst. U.S. Attorneys |

==========================================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1.   Philip James Layfield              1.   Steven A. Brody
     Present - Bond                          Anthony Solis
     (Waiver also on file)                   Present - Appointed

---

| PROCEEDINGS: | **VTC PRETRIAL CONFERENCE (JT: 08-10-21) DEFENDANT'S MIL: TO PRECLUDE THE TESTIMONY RE CALIFORNIA RULES OF PROF. CONDUCT, ETC. [257]; TO PRECLUDE EXPERT TESTIMONY OF JEAN PUGH [258]; TO PRECLUDE EVIDENCE AND IMPROPER ARGUMENT RE REFERRAL FEES [260] GOVERNMENT'S MIL NO. 3 TO EXCLUDE THE TESTIMONY OF JEFFREY BUSSELL [261]** |
|---|---|

        Case called and counsel state their appearance. The Motions Hearing is held.  The Court invites counsel to present their oral arguments. Arguments by counsel are heard.  The Court rules as follows:

    1.    Defendant's MILs To Preclude the Testimony re California Rules of Prof. Conduct, Etc. [257] - The Motion is GRANTED with the exception that disbarment shall not be mentioned and that there will be a limiting instruction

explaining the difference between the crimes charged/federal law and state bar rules.

2. Defendant's MIL to Preclude Expert Testimony Ofjean Pugh [258] - The Motion is taken UNDER SUBMISSION.  The parties are ORDERED to meet and confer to determine whether there is any agreement as to which opinions are admissible and which are inadmissible after taking into consideration the guidelines that the Court outlined during the hearing.  If the parties continue to disagree about some or all of the opinions, the parties shall file a joint status report before 7/23/21 at 12:00 noon informing the Court of the remaining areas of disagreement.

3. Defendant's MIL to Preclude Evidence and Improper Argument re Referral Fees [260] - The Motion is taken UNDER SUBMISSION.

4. Government's MIL NO. 3 to Exclude the Testimony of Jeffrey Bussell [261] - The parties were not heard on this Motion because of the Court's time limitations.  Accordingly, the parties are ORDERED to contact Ms. Sanchez as soon as possible with their availability for the Motion to be heard later this week.

IT IS SO ORDERED.