UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 18-124-MWF**                                           Dated: August 2, 2021

==================================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Mark Aveis |
| --- | --- | --- |
| Courtroom Deputy | Court Reporter | Ian Y. Yanniello |
| | | Carolyn Small |
| | | Asst. U.S. Attorneys |

==================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1.   Philip James Layfield                  1.   Steven A. Brody
     Present - Bond                              Anthony Solis
     (Waiver also on file)                       Present - Appointed

**PROCEEDINGS:**     VTC: SECOND MOTION IN LIMINE TO PRECLUDE
                    EXPERT TESTIMONY OF JEAN PUGH [275]

Case called and counsel state their appearance. The Motion Hearing is held.

The Court invites counsel to present their oral arguments. Arguments by counsel are heard.  For reasons stated on the record, the Court denies the motion.

A Further Status Conference is set for August 5, 2021 at 11:00 a.m.

IT IS SO ORDERED.


MINUTES FORM 6                                                      Initials of Deputy Clerk  rs
CRIM -- GEN                                                                               :56