UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-124(A)-MWF |
| Plaintiff, | VERDICT FORM |
| v. | |
| PHILIP JAMES LAYFIELD, aka "Philip Samuel Pesin," | |
| Defendant. | |

1

As to the following counts charged against defendant PHILIP JAMES LAYFIELD:

<u>**COUNT ONE**</u>

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____   NOT GUILTY

____X____   GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count One of the First Superseding Indictment.


*[PROCEED TO COUNT TWO]*

2

## COUNT TWO

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____         NOT GUILTY

\_\_X\_\_         GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Two of the First Superseding Indictment.

*[PROCEED TO COUNT THREE]*

1

**COUNT THREE**

2      We, the jury in the above-captioned case, unanimously find

3   defendant PHILIP JAMES LAYFIELD:

4

5      _____        NOT GUILTY

       __X__         GUILTY

6

7   of Wire Fraud, in violation of Title 18, United States Code, Section

8   1343, as charged in Count Three of the First Superseding Indictment.

9

10

11  *[PROCEED TO COUNT FOUR]*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

## COUNT FOUR

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

    _____    NOT GUILTY

     X     GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Four of the First Superseding Indictment.

*[PROCEED TO COUNT FIVE]*

## COUNT FIVE

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____     NOT GUILTY

___X___     GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Five of the First Superseding Indictment.


*[PROCEED TO COUNT SIX]*

## COUNT SIX

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____      NOT GUILTY

__X__      GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Six of the First Superseding Indictment.


*[PROCEED TO COUNT SEVEN]*

1

**COUNT SEVEN**

2    We, the jury in the above-captioned case, unanimously find

3 defendant PHILIP JAMES LAYFIELD:

4

5    _____        NOT GUILTY

6    __X__           GUILTY

7 of Wire Fraud, in violation of Title 18, United States Code, Section

8 1343, as charged in Count Seven of the First Superseding Indictment.

9

10

11 *[PROCEED TO COUNT EIGHT]*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT EIGHT

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____        NOT GUILTY

X        GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Eight of the First Superseding Indictment.

*[PROCEED TO COUNT NINE]*

## COUNT NINE

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

|   | NOT GUILTY |
| X | GUILTY |

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Nine of the First Superseding Indictment.

*[PROCEED TO COUNT TEN]*

## COUNT TEN

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____     NOT GUILTY

___X___     GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Ten of the First Superseding Indictment.

*[PROCEED TO COUNT ELEVEN]*

## COUNT ELEVEN

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____     NOT GUILTY

__X__       GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Eleven of the First Superseding Indictment.

*[PROCEED TO COUNT TWELVE]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWELVE

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____   NOT GUILTY

___X___   GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Twelve of the First Superseding Indictment.

*[PROCEED TO COUNT THIRTEEN]*

1

## COUNT THIRTEEN

2      We, the jury in the above-captioned case, unanimously find

3  defendant PHILIP JAMES LAYFIELD:

4

_____      NOT GUILTY

5    __X__      GUILTY

6

7  of Wire Fraud, in violation of Title 18, United States Code, Section

8  1343, as charged in Count Thirteen of the First Superseding

9  Indictment.

10

11

12  *[PROCEED TO COUNT FOURTEEN]*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14

1      **COUNT FOURTEEN**

2          We, the jury in the above-captioned case, unanimously find

3      defendant PHILIP JAMES LAYFIELD:

4

5          _____        NOT GUILTY

           ___X___        GUILTY

6

7      of Wire Fraud, in violation of Title 18, United States Code, Section

8      1343, as charged in Count Fourteen of the First Superseding

9      Indictment.

10

11

12     *[PROCEED TO COUNT FIFTEEN]*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT FIFTEEN**

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____   NOT GUILTY

   X   GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Fifteen of the First Superseding Indictment.

*[PROCEED TO COUNT SIXTEEN]*

16

1

### COUNT SIXTEEN

2       We, the jury in the above-captioned case, unanimously find

3  defendant PHILIP JAMES LAYFIELD:

4

5          _____        NOT GUILTY

           ___X___        GUILTY
6

7  of Wire Fraud, in violation of Title 18, United States Code, Section

8  1343, as charged in Count Sixteen of the First Superseding

9  Indictment.

10

11

12  *[PROCEED TO COUNT SEVENTEEN]*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT SEVENTEEN

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____   NOT GUILTY

___X___   GUILTY

of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Seventeen of the First Superseding Indictment.

*[PROCEED TO COUNT EIGHTEEN]*

1
2
3

## COUNT EIGHTEEN

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

4
5
6

_____    NOT GUILTY

___X___    GUILTY

7   of Wire Fraud, in violation of Title 18, United States Code, Section
8   1343, as charged in Count Eighteen of the First Superseding
9   Indictment.

10
11
12   *[PROCEED TO COUNT NINETEEN]*

19

1

## COUNT NINETEEN

2     We, the jury in the above-captioned case, unanimously find

3 defendant PHILIP JAMES LAYFIELD:

4

        _____      NOT GUILTY

5

        ___X___     GUILTY

6

7 of Wire Fraud, in violation of Title 18, United States Code, Section

8 1343, as charged in Count Nineteen of the First Superseding

9 Indictment.

10

11

12 *[PROCEED TO COUNT TWENTY-THREE]*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT TWENTY-THREE

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____    NOT GUILTY

___X___    GUILTY

of Mail Fraud, in violation of Title 18, United States Code, Section 1341, as charged in Count Twenty-Three of the First Superseding Indictment.


*[PROCEED TO COUNT TWENTY-SIX]*

## COUNT TWENTY-SIX

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____      NOT GUILTY

___X___      GUILTY

of Tax Evasion, in violation of Title 26, United States Code, Section 7201, as charged in Count Twenty-Six of the Indictment.


*[PROCEED TO COUNT TWENTY-SEVEN]*

## COUNT TWENTY-SEVEN

We, the jury in the above-captioned case, unanimously find defendant PHILIP JAMES LAYFIELD:

_____     NOT GUILTY

___X___     GUILTY

of Failure to Collect and Pay Over Tax, in violation of Title 26, United States Code, Section 7202, as charged in Count Twenty-Seven of the First Superseding Indictment.

*[PROCEED TO COUNT TWENTY-EIGHT]*

1

## COUNT TWENTY-EIGHT

2      We, the jury in the above-captioned case, unanimously find

3 defendant PHILIP JAMES LAYFIELD:

4

5      _____      NOT GUILTY

       __X__       GUILTY

6

7 of Willful Failure to File a Tax Return, in violation of Title 26,

8 United States Code, Section 7203, as charged in Twenty-Eight of the

9 First Superseding Indictment.

10

11

12

13

14

15

16 *The foreperson should now sign and date this verdict form.*

17

18

19      [redacted]

20                              FOREPERSON OF THE JURY

21

22 DATED:   8-26-2021          , in Los Angeles, California.

23

24

25

26

27

28