Name: Anthony M. Solis, SBN 198580
Address: 23679 Calabasas Road, Suite 412
City, State, Zip: Calabasas, CA 91302
Phone: 213-489-5880
Fax:
E-Mail: anthonysolislaw@gmail.com

☐ FPD  ☐ Appointed  ☒ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S),<br>v.<br>Philip Layfield<br><br>DEFENDANT(S). | CASE NUMBER:<br>18-cr-124(A)-MWF<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Philip Layfield_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☒ Interlocutory Appeals
☐ Sentence imposed:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

☒ Bail status:
In Custody - appealing order remanding defendant pending sentencing.

Imposed or Filed on ___8-26-2021___. Entered on the docket in this action on _8-26-2021 (Dkt. #314)_.

A copy of said judgment or order is attached hereto.

9/2/2021
Date

Anthony M. Solis /s/
Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).