UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. PHILIP LAYFIELD, AKA Philip Samuel Pesin, Defendant-Appellant. | No. 21-50195 D.C. Nos. 2:18-cr-00124-MWF-1 2:18-cr-00124-MWF Central District of California, Los Angeles ORDER |
|---|---|

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 8) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1. This order served on the district court shall act as and for the mandate of this court.

All other pending motions are denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kendall W. Hannon
Deputy Clerk
Ninth Circuit Rule 27-7

KWH/MOATT