Name & Address:
Anthony M. Solis SBN 198580
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
213-489-5880 - phone
anthonysolislaw@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 18-cr-124(A)-MWF |
| v. | |
| Philip Layfield | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✔] Filed   [ ] Lodged:  (**List Documents**)

1. Application for Under Seal filing; 2. Proposed order sealing documents; 3. Objection document.

**Reason:**

[✔] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| 2-14-2022 | Anthony M. Solis /s/ |
|---|---|
| Date | Attorney Name |
| | Defendant Philip Layfield |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**