# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

(_____Amended_____)

Case No.    CR 18-124(A)-MWF                                                    Date: February 17, 2022

Present: The Honorable:    Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Marea Woolrich | Ian V. Yanniello / Mark Aveis / Carolyn Small |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Phlip James Layfield | X | | Anthony M. Solis / Steven A. Brody | | | X | n/a |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT   ☐ Contested   ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **XX** Refer to separate Judgment Order.

☐ Imprisonment for ___ years/months on each of count(s) _____
Count(s) ___ concurrent/consecutive to count(s) _____

☐ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
commencing _____

☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

Pay
- ☐ Perform ___ hours of community serv ___ fine amounts & times determined by P/O.
- ☐ Serve ___ in a CCC/CT ___ Make $ ___ restitution in amounts & times determined by PO.
- ☐ Participate in a program for treatment of narcotic/alcohol addiction.
- ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
- ☐ Other conditions: _____

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

☐ Pay $ ___ per count, special assessment to the United States for a total of $ _____

☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____

☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis ☐ . Processed statement of reasons
☐ Bond Exone ☐ d upon surrender ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal ☐   Appeal bond set at $ _____
☐ The Restitution Hearing is set for May 12, 2022 at 10:00 a.m., unless a stipulation has been reached and filed.
☒ Other The Court orders the PSR be corrected at p.2 to reflect the defendant's arrest date of 2/24/2018, not 3/23/2018.

cc: USPO                                                                                        2:40

                                                            **Initials of Deputy Clerk**   rs